DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN M. TIGGELAAR,**
Appellant,

v.

**BRITTNEY TIGGELAAR,**
Appellee.

No. 4D2025-2139

[August 6, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Annette Caracuzzo, Judge; L.T. Case No. 502019DR007252XXXXNB.

Ronald L. Bornstein of Law Office of Scott Glassman, P.A., West Palm Beach, for appellant.

Lauren E. Wages of Vette Law PLLC, Lake Worth, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***